UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MARVIN COTTON,** an individual,
**ANTHONY LEGION**, an individual,

Case No: 22-cv-10037

Judge Judith E. Levy

      Plaintiffs,

-vs-

**DONALD HUGHES,** in his individual capacity,
**WALTER BATES,** in his individual capacity,
**ERNEST WILSON,** in his individual capacity,
**SANTONIAN ADAMS,** in his individual capacity,

      Defendants.

## NOTICE OF APPEARANCE AS COUNSEL
## FOR DEFENDANTS

    PLEASE enter the appearance of **KRYSTAL A. CRITTENDON** as an attorney of record on behalf of Defendants.   Please add her as a service contact and forward copies of all notices and/or correspondences to her email.

    Respectfully submitted,

    CITY OF DETROIT LAW DEPARTMENT

    */s/ Krystal A, Crittendon*
    Krystal A. Crittendon (P49981)
    City of Detroit Law Department
    Attorney for Defendants
    2 Woodward Avenue, Suite 500
    Detroit, MI   48226

                                                      (313) 237-3031
                                                     critk@detroitmi.gov

Dated:        October 18, 2022