UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RAMON WARD, | Case No.: 2:21-cv-12742 |
| | Hon. Paul D. Borman |
| Plaintiff, | |
| -v- | |
| COUNTY OF WAYNE; ROBERT AGACINSKI; JANET NAPP; MONICA CHILDS; DALE COLLINS; FRED JORGENSEN; TONY SANDERS; and UNKNOWN EMPLOYEES OF THE WAYNE COUNTY PROSECUTOR'S OFFICE AND THE DETROIT POLICE DEPARTMENT, | |
| Defendants. | |

## STIPULATED ORDER EXTENDING SCHEDULING ORDER DEADLINES

This matter having come before the Court on the stipulation of the parties hereto, through their respective counsel, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the Parties do hereby stipulate and agree the scheduling order dates located in ECF 27 *shall* be adjourned by ninety (90) days in order to complete necessary discovery, to wit:

| | |
|---|---|
| Expert Disclosures (Rebuttal): | February 1, 2023 |
| Fact Discovery Cutoff: | March 30, 2023 |
| Expert Discovery Cutoff: | March 30, 2023 |

{01679147-1}

| | |
|---|---|
| Facilitation Deadline: | April 27, 2023 |
| **Parties to notify Case Manager of selected facilitator and date scheduled on or before February 1, 2023.** | |
| Motion Challenging Experts filed by: | May 29, 2023 |
| Dispositive Motions filed by: | May 29, 2023 |
| Motions In Limine (non-expert related): | TBD |
| Proposed Final Pretrial Due: | TBD |
| Final Pretrial Conference: | TBD |
| Trial Date: | TBD |
| Jury or Bench Trial: | Jury |

IT IS SO ORDERED.

*This does not resolve the last pending claim and does not close the case.*

Dated: October 19, 2022        s/Paul D. Borman
                               Paul D. Borman
                               United States District Judge

I STIPULATE TO THE ENTRY
OF THE ABOVE ORDER:


*/s/ Jarrett Adams (w/permission)*
JARRETT ADAMS (NY Bar #5455712)
THE LAW OFFICES OF JARRETT ADAMS PLLC
Attorney for Plaintiff

{01679147-1}2

*/s/ Jordan J. Fields*
_____
JAMES R. ACHO (P62175)
JORDAN J. FIELDS (P76989)
CUMMINGS, MCCLOREY, DAVIS & ACHO, PLC
Attorneys for Defendants Childs, Collins,
 Jorgensen, and Sanders

*/s/ Audrey J. Forbush (w/permission)*
_____
AUDREY J. FORBUSH (P41744)
PLUNKETT COONEY
Attorneys for Defendants Wayne County
 Agacinski, and Napp